**Order entered March 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00049-CV

## IN THE INTEREST OF D.G.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-02898**

### ORDER

Before the Court is Janice McKee's notice that the trial court has signed an agreed order on her motion to withdraw as counsel for appellee, and she is not representing him on appeal. Accordingly, we **DIRECT** the Clerk of the Court to remove Ms. McKee as appellee's counsel. All future communications with appellee shall be directed to:

Jesus Montes
7414 Delta Drive
Rowlett, Texas 75088.

We note the notice fails to include appellee's phone number as directed by Texas Rule of Appellate Procedure 6.4. Accordingly, we **ORDER** Ms. McKee to

file, no later than March 24, 2022, a notice containing appellee's telephone number or written verification no number exists.

On the Court's own motion, we **EXTEND** the deadline for appellee to file his brief in response to appellant's brief to April 13, 2022.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE